**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Newport News Division

In re: **LEO EDWIN HEDGES, III,**          Case No.: **16-51050-FJS**
       **CINDY LOU HEDGES,**               Chapter 13
                Debtors.

### ORDER TO DISMISS PURSUANT TO 11 U.S.C. § 1307(b)

ON THIS DAY CAME THE DEBTORS, Leo Edwin Hedges, III, and Cindy Lou Hedges, by counsel, and moved this honorable Court to dismiss their Chapter 13 bankruptcy case, filed as 16-51050-FJS, and it appearing proper to do so, it is hereby

ORDERED that the debtors, pursuant to 11 U.S.C. § 1307(b), having filed a motion to dismiss their Chapter 13 Bankruptcy case, and the Debtors are entitled to voluntarily dismiss out of a bankruptcy filed under Chapter 13 of the United States Bankruptcy Code, the above-styled case is hereby dismissed without prejudice.

ENTERED: May 7 2019
_____

/s/ Stephen C. St.John
_____
The Honorable Judge Frank J. Santoro

Entered on Docket: May 7, 2019

[ENDORSEMENTS OF COUNSEL ON FOLLOWING PAGE]

I ASK FOR THIS:

/s/ Charles G. Havener
Charles G. Havener, Esq.
VSB #48366
Haven Law Group, P.C.
2021 Cunningham Drive, Suite 310
Hampton, VA 23666
(757) 826-2200
(757) 826-2204 Facsimile

SEEN:

  /s/ Michael P. Cotter
Michael P. Cotter
Chapter 13 Trustee

**Certification**

      I hereby certify that the foregoing order has been endorsed by all necessary parties.

            /s/ Charles G. Havener
            Charles G. Havener, Esq.

Parties to be noticed:
Charles G. Havener, Esq.
Haven Law Group, P.C.
2021 Cunningham Drive, Suite 310
Hampton, VA 23666

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Office of the United States Trustee
200 Granby St. Rm. 625
Norfolk, VA 23510